IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NUMBER: 11-80613
CHAPTER 13

IN RE:
  PHILLIP CHARLES SHERMAN AND     NOTICE OF APPEARANCE PURSUANT
  TEDDIANNE MARIE SHERMAN         TO BANKRUPTCY RULE 9010 (b) and
                                               REQUEST FOR NOTICES UNDER
                                               BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

    **PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Wells Fargo Bank, NA, a creditor of the above named Debtor(s).

    **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

    This the 20th day of May, 2011

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

11-016455