C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Phillip Charles Sherman         )
       Teddianne Marie Sherman         )     **MOTION**
                                        )     **CHAPTER 13**
                                        )
                                        )     No:  B-11-80613 C-13D
                              Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors filed a Chapter 13 Petition on April 13, 2011. The Debtors' §341 meeting was scheduled for May 20, 2011. The Debtors failed to appear and have failed to make the scheduled Plan payment timely.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for failure to appear at the scheduled §341 meeting and for nonpayment.


Date:  June 8, 2011                                  s/Richard M. Hutson, II
RMH:ltp                                              Standing Trustee
-------------------------------------------------------------------------------------------------------------------

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **July 7, 2010**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date:  June 8, 2011                              OFFICE OF THE CLERK
                                                 U.S. Bankruptcy Court
                        PARTIES TO BE SERVED

Phillip Charles Sherman
Teddianne Marie Sherman
105 Morning View Court
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702