C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80613  C-13D |
| Phillip C. Sherman | ) | |
| Teddianne M. Sherman | ) | ORDER |
| | ) | |
| Debtor(s) | ) | |

On July 7, 2011, a hearing was held on the Standing Trustee's Motion for dismissal of this case. At the hearing, the Trustee requested that the Motion be denied; therefore, it is

ORDERED that the Motion of the Standing Trustee for dismissal of this case is denied.

**PARTIES IN INTEREST**
Page 1 of 1
11-80613 C-13D

Phillip C. Sherman
Teddianne M. Sherman
105 Morning View Ct.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702